**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JARRETT JENKINS et al.** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Misc. Action No. 3:17-MC-109-D** |
| | § | |
| **NATIONAL GRID USA SERVICE** | § | |
| **COMPANY INC. et al.,** | § | |
| **Defendants.** | § | |

## ORDER

By order of reference filed December 27, 2017, before the Court is the *Notice of Motion and Motion*, filed January 4, 2018 (doc. 4). A hearing concerning the motion was conducted on the record on February 22, 2018. All parties to the motion appeared through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion to transfer is **GRANTED.** The motion to compel non-party Credit Protection Association, L.P. to comply with the plaintiffs' June 8, 2015 document subpoena is hereby transferred to the Eastern District of New York under Fed. R. Civ. P. 45(f) for determination in the underlying action, EDNY Case No. 15-cv-1219-JS-GRB.

**SO ORDERED** on this 22nd day of February, 2018.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

1